In the Matter of the Estate of CHARLES M. DAVIS, Deceased. JOHN F. DAVIS, Individually and as Executor of CHARLES M. DAVIS, Deceased, et al., Appellants; MADELINE M. DAVIS, Respondent.

Argued January 5, 1942; decided February 26, 1942.

*William A. Comstock* and *Jerome K. Cheney* for appellants.
*Rutherford B. Meyer, John W. Collopy, Jr.,* and *Leo A. McCarthy* for respondent.

Appeal dismissed, without costs, on the ground the order is not final. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS and DESMOND, JJ. Taking no part: CONWAY, J.